# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

HARRIS DAVID

VERSUS

AVERITT EXPRESS, INC., ET AL.

CIVIL ACTION

NO. 14-84-SDD-SCR

### RULING
### AND
### ORDER OF REMAND

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated May 20, 2014. Defendants have filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff's *Motion to Remand* is granted in part insofar as the Plaintiff sought to have this case remanded to the state court and denied in part insofar as the Plaintiff sought an award of expenses.

**IT IS FURTHER ORDERED** that this matter shall be remanded to the 18th Judicial District Court, Iberville Parish, State of Louisiana.

Baton Rouge, Louisiana, June   *18*   , 2014.

**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1-4.
[2] Rec. Doc. 14.
[3] Rec. Doc. 15.